DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
ANTHONY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-381-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ) | |
| ANTHONY MARTINEZ, ) | |
| ) | Date: March 30, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ANTHONY MARTINEZ, that the status conference hearing date of January 27, 2012, be rescheduled for a status conference on March 30, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case. Defense counsel will be engaged in trial at the end of February 2012 and will need additional time to prepare for that reason.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 30,

/ / /

/ / /

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 25, 2012.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

                                           /s/ Courtney Fein
                                           COURTNEY FEIN
                                           Assistant Federal Defender
                                           Designated Counsel for Service
                                           Attorney for ANTHONY MARTINEZ

DATED: January 25, 2012.                    BENJAMIN WAGNER
                                             United States Attorney

                                           /s/ Courtney Fein for
                                           WILLIAM WONG
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 27, 2012, status conference hearing be continued to March 30, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 30, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  January 25, 2012

                                             GARLAND E. BURRELL, JR.
                                           United States District Judge