1   DANIEL J. BRODERICK, Bar #89424
Federal Defender
2   COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3   801 I Street, 3rd Floor
Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
ANTHONY MARTINEZ

6

7             IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,      )    NO.  CR.S-11-381-GEB
                                 )
11               Plaintiff,      )    **STIPULATION AND [PROPOSED]**
                                 )    **ORDER;  CONTINUING  STATUS**
12      v.                        )    **CONFERENCE  AND  EXCLUDING**
                                 )    **TIME**
13   ANTHONY MARTINEZ,         )
                                 )    Date:  November 16, 2012
14             Defendant.      )    Time: 9:00 a.m.
  _____ )    Judge: Hon. Garland E. Burrell, Jr.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17   respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for

18   Plaintiff, and COURTNEY FEIN, attorney for ANTHONY MARTINEZ, that the status

19   conference hearing date of October 26, 2012, be rescheduled for a status conference/change

20   of plea hearing on November 16, 2012, at 9:00 a.m.. The reason for this continuance is that

21   counsel needs additional time to further discuss  the contents of the plea agreement with the

22   government.  Additional time will also be required to travel to Butte County to review it with

23   Mr. Martinez.

24       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25   should be excluded from the date of signing of this order through and including November

26   16, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

27   Local Code T4 based upon continuity of counsel and defense preparation.

28

1    DATED:  October 24, 2012                    Respectfully submitted,

2                                                DANIEL J. BRODERICK
                                                 Federal Public Defender
3
                                                 /s/ Courtney Fein
4                                                COURTNEY FEIN
                                                 Assistant Federal Defender
5                                                Designated Counsel for Service
                                                 Attorney for ANTHONY MARTINEZ
6

7    DATED:  October 25, 2012.                   BENJAMIN WAGNER
                                                 United States Attorney
8
                                                 /s/ Courtney Fein for
9                                                WILLIAM WONG
                                                 Assistant U.S. Attorney
10                                               Attorney for Plaintiff

11

12           UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

13   October 26, 2012, status conference hearing be continued to November 16, 2012, at 9:00 a.m.

14   Based on the representation of defense counsel and good cause appearing therefrom, the

15   Court hereby finds that the failure to grant a continuance in this case would deny defense

16   counsel reasonable time necessary for effective preparation, taking into account the exercise

17   of due diligence.   The Court finds that the ends of justice to be served by granting a

18   continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

19   is ordered that time up to and including the November 16, 2012 status conference shall be

20   excluded from computation of time within which the trial of this matter must be commenced

21   under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

22   T-4, to allow defense counsel reasonable time to prepare.

23   Dated:  October 25, 2012

24

25

26   GARLAND E. BURRELL, JR.
     Senior United States District
27   Judge

28                                        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28