HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTHONY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 11-CR-0381 GEB |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY** |
| v. ) | |
| ANTHONY MARTINEZ, ) | |
| Defendant. ) | |
| _____ ) | |

It is respectfully requested that Assistant Federal Defender COURTNEY FEIN and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552, Sacramento, California, 95819; telephone number (916) 382-4792, be substituted in as appointed counsel for Mr. Anthony Martinez.

Dated:  July 17, 2013                              Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

                                                   /s/ *Courtney Fein*
                                                   COURTNEY FEIN
                                                   Assistant Federal Defender
                                                   Attorney for Defendant

I accept the substitution and ask to be appointed.

DATED: July 17, 2013                    /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Attorney at Law

I consent to the substitution.

DATED: July 18, 2013                    /s/ *Anthony Martinez*
                                        ANTHONY MARTINEZ
                                        Defendant

**O R D E R**

IT IS HEREBY ORDERED, effective August 1, 2013, withdrawing the Federal Defender as counsel and appointing Courtney Fein as ad hoc CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App.I, §B(3).

Dated: July 24, 2013

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District
                                        Judge

2