BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY GENE RICHARD MARTINEZ,<br><br>    Defendant. | 2:11-CR-00381-GEB<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 23, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Anthony Gene Richard Martinez forfeiting to the United States the following property:

    (a)    Smith and Wesson, Model 10-7, .38 caliber revolver, serial number 6D44386;
    (b)    Sig Sauer, Model P 220, .45 caliber semi-automatic pistol, serial number G284950; and
    (c)    Sig Sauer, Model P 232, .380 caliber semi-automatic pistol.

AND WHEREAS, beginning on July 25, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Anthony Gene Richard Martinez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: December 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Final Order of Forfeiture